UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR117-035

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO.: _____ | |
| | ) | | |
| v. | ) | VIO.: | Conspiracy |
| | ) | | 18 U.S.C. § 371 |
| ANTHONY TYRONE ROPER; | ) | | |
| AUDRA ROPER; and, | ) | | Bribery |
| DWAYNE OSWALD FULTON, | ) | | 18 U.S.C. § 201(b)(1) |
| | ) | | |
| | ) | | False Statements |
| Defendants. | ) | | 18 U.S.C. § 1001 |
| | ) | | |
| | ) | | Obstruction of Justice |
| | ) | | 18 U.S.C. § 1519 |
| | ) | | |
| | ) | | Forfeiture Allegation |

**THE GRAND JURY CHARGES THAT:**

Introduction

At all times relevant to this Indictment:

United States Army

1.   The United States Department of the Army ("U.S. Army") was a branch of the United States Department of Defense, which was part of the executive branch of the United States Government. In part, the U.S. Army consisted of over one million soldiers and personnel stationed at numerous installations throughout the United States and across the world, including the U.S. Army Garrison Fort Gordon in Augusta, Richmond County, Georgia. Fort Gordon was home to various training and operational components of the U.S. Army, including components related to how the U.S. Army communicates on the battlefield.

2. At times, the U.S. Army contracted with private companies to provide certain services, including services related to the U.S. Army's information and communication networks.

### Individuals and Business Entities

3. Defendant **Anthony Tyrone Roper** was an active duty Colonel in the U.S. Army. In that position, Defendant **Anthony Tyrone Roper**'s official duties and responsibilities included, among many others, the oversight of the U.S. Army's efforts to build and modernize its information and communication networks. Defendant **Anthony Tyrone Roper**, aided and abetted by others, sought and received bribe payments in return for steering and awarding U.S. Army and private company contracts.

4. An individual whose initials are CDL served for over twenty years in the U.S. Army, retiring on February 1, 2008, at the rank of Colonel. Even before his retirement, CDL established Communications, Research, Engineering, and Consultants Group, LLC ("CREC Group") with the plan to obtain U.S. Army contracts after his departure. CDL, aided and abetted by the Defendants and others, provided false and fictitious information and paid bribes to public officials, including to Defendant **Anthony Tyrone Roper**, all in an effort to obtain over $20 million in U.S. Army and private company contracts.

2

5. Defendant **Audra Roper**, the wife of Defendant **Anthony Tyrone Roper**, was the purported owner and operator of Quadar Group, a shell company used to funnel bribe payments to Defendant **Anthony Tyrone Roper**.

6. Defendant **Dwayne Oswald Fulton** was an officer of a large defense contracting company. Defendant **Fulton**, together with CDL, provided false and fraudulent information to the U.S. Army, other government agencies, and private companies, all in an effort to fraudulently obtain over $20 million worth of contracts and work for CDL, CREC Group, **Fulton**'s own employer and others.

7. OzTEK Research, LLC (OzTEK) was a shell company purportedly owned and operated by Defendant **Dwayne Oswald Fulton**. Aided and abetted by CDL and Defendants **Anthony and Audra Roper**, Defendant **Dwayne Oswald Fulton** generated false and fraudulent invoices from OzTEK in an effort to obstruct an investigation into bribery payments made to Defendant **Anthony Tyrone Roper**.

## COUNT ONE
(Conspiracy – 18 U.S.C. § 371)

8. Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

9. Beginning at least as early as 2008, the exact date being unknown to the Grand Jury, and continuing through the return of this Indictment, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendants,

ANTHONY TYRONE ROPER;
AUDRA ROPER; and,
DWAYNE OSWALD FULTON;

did knowingly and willfully combine, conspire, confederate and agree with each other, with CDL, and with others both known and unknown to the Grand Jury, to commit one or more of the following offenses against the United States:

    A.    to knowingly devise and intend to devise a scheme and artifice: to defraud the U.S. Army and U.S. Army contractors; to obtain money from the U.S. Army and U.S. Army contractors by means of materially false and fraudulent pretenses, representations and promises; and to defraud and deprive the U.S. Army of its right to honest and faithful services, through bribery; and in furtherance thereof to transmit and cause to be transmitted in interstate commerce by means of wire communication, certain writings, signs, signals, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343 (Wire Fraud);

    B.    to, directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept things of value, personally and for other persons, as a public official, in return for being influenced in the performance of official acts and in return for being induced to do and to omit to do acts in violation of official duties; all in violation of Title 18, United States Code, Section 201(b)(2) (Bribery);

    C.    to, directly and indirectly, corruptly give, offer or promise anything of value to a public official, and offer and promise a public official anything of value to any other person or entity, with the intent to influence an official act and to induce such public official to do and omit to do acts in

of official duties; all done in violation of Title 18, United States Code, Section 201(b)(1) (Bribery);

D. to knowingly and willfully make materially false, fraudulent, and fictitious statements and representations in a matter within the jurisdiction of an agency of the executive branch of the United States Government, in violation of Title 18, United States Code, Section 1001 (False Statements); and,

E. to knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in a record, document, or tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of justice in a matter within the jurisdiction of a department and agency of the United States, in violation of Title 18, United States Code, Section 1519 (Obstruction of Justice).

## Manner and Means of the Conspiracy

10. It was part of the conspiracy that Defendant **Anthony Tyrone Roper**, aided and abetted by his coconspirators, would commit official acts and would do and omit to do acts in violation of his official duties, to include the selecting of U.S. Army contractors and the providing of internal, confidential, and proprietary information, all in an effort to steer and award millions in U.S. Army contracts to CDL, CREC Group and others in return for the payment of bribes;

11. In was further part of the conspiracy that CDL and other coconspirators, aided and abetted by each other, would offer, promise, and give bribes to Defendant

**Anthony Tyrone Roper** and other public officials, including cash and no-show jobs, in exchange for official acts, including the award of U.S. Army contracts;

12. It was further part of the conspiracy that CDL, Defendant **Dwayne Oswald Fulton** and other coconspirators, aided and abetted by each other, would provide false and fraudulent documents and information to the U.S. Army, the United States Small Business Administration ("SBA"), government contractors and others for the purpose of fraudulently obtaining and maintaining millions of dollars in U.S. Army and private company contracts;

13. It was further part of the conspiracy that CDL, Defendant **Dwayne Oswald Fulton** and other coconspirators, aided and abetted by each other, would fraudulently arrange for and use employees of other government contracting companies to perform the work awarded to CREC Group;

14. It was further part of the conspiracy that CDL, **Defendant Dwayne Oswald Fulton**, Defendant **Anthony Tyrone Roper** and other coconspirators, aided and abetted by each other, would send and cause to be sent by interstate wires, false information and money, for the purpose of facilitating their bribery and fraud schemes;

15. It was further part of the conspiracy that some of the coconspirators, aided and abetted by each other, would prepare and provide false and fictitious documents in an effort to conceal and hide their bribery and fraud schemes, and to obstruct an investigation into their unlawful activities;

16. It was further part of the conspiracy that some of the coconspirators, aided and abetted by each other, would make false, fraudulent, and fictitious statements and representations to Special Agents with the U.S. Army Criminal Investigations Division and the U.S. Department of Defense, Criminal Investigative Service.

### Overt Acts in Furtherance of the Conspiracy

17. In furtherance of the conspiracy and to effect its illegal objects, Defendants, aided and abetted by each other and by others, committed one or more overt acts within the Southern District of Georgia and elsewhere, including, among others, the following:

A. From in or about December 2008 through in or about December 2015, Defendant **Anthony Tyrone Roper** sought and received bribe payments, and deposited bribe payments into his personal bank accounts;

B. From at least November 2007 through December 2015, Defendant **Anthony Tyrone Roper** provided CDL and Defendant **Dwayne Oswald Fulton** with internal, confidential, and proprietary information of the U.S. Army and other government contracting companies;

C. From in or around September 2012 through 2015, Defendant **Anthony Tyrone Roper** signed a sole-source justification and provided all requisite approvals and justifications to ensure CREC Group was awarded and remained the prime contractor on certain U.S. Army contracts;

D. From in or about February 2008 through at least 2016, CDL, aided and abetted by Defendant **Dwayne Oswald Fulton**, falsely represented to the U.S. Army and to others that CREC Group employees were performing and had performed work under certain U.S. Army contracts;

E. From in or about April 2009 through 2016, CDL and Defendant **Dwayne Oswald Fulton**, aided and abetted by others, prepared false and fraudulent CREC Group applications and documents that were submitted to the U.S. Army, the SBA and others;

F. From in or around September 2009 through in or around December 2015, Defendant **Anthony Tyrone Roper**, aided and abetted by Defendant **Audra Roper**, generated and provided false and fraudulent invoices in the name of Quadar Group and another shell company, falsely claiming work that was never done;

G. From in or about 2008 through 2015, Defendant **Anthony Tyrone Roper** falsified Office of Government Ethics Form 450s relating to the receipt of additional income, salary, fees, commissions and gifts.

H. From in or about December 2015 through at least 2016, Defendants and coconspirator CDL met and discussed the false and fraudulent information and documents that would be provided to government agents;

I. On or about December 15, 2015, Defendant **Anthony Tyrone Roper** knowingly provided government agents with false information and statements.

J. On or about December 15, 2015, Defendant **Audra Roper** knowingly provided government agents with false information and statements.

K.  On or about May 24, 2016, Defendant **Audra Roper** knowingly provided government agents with false information and statements.

L.  All of the acts identified in Counts One through Nine of this Indictment. All done in violation of Title 18, United States Code, Sections 371.

## COUNTS TWO THROUGH FOUR
### (Bribery — 18 U.S.C. §§ 201(b)(2)(A); (C))

18.  Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

19.  On or about the dates listed below, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendant,

**ANTHONY TYRONE ROPER,**

aided and abetted by others, directly and indirectly corruptly demanded, sought, received, accepted, and agreed to receive and accept things of value, including illegal bribe payments in the approximate amounts listed below, personally and for other persons, in return for being influenced in the performance of his official acts and in return for being induced to do and to omit to do acts in violation of his official duties:

| COUNT | DATE | BRIBE |
|---|---|---|
| Two | December 20, 2012 | $25,000.00 from CREC Group's Bank of America account to Defendant **Anthony Tyrone Roper's** personal Bank of America account |

| Three | December 19, 2013 | $20,000.00 from CREC Group's Bank of America account to Defendant **Anthony Tyrone Roper**'s personal Bank of America account |
| Four | December 24, 2014 | $15,000.00 from CREC Group's Bank of America account to Defendant **Anthony Tyrone Roper**'s personal Bank of America account |

All done in violation of Title 18, United States Code, Sections 201(b)(2)(A); (C) and 2.

## COUNT FIVE
### (False Statement – 18 U.S.C. § 1001)

20. Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

21. On or about February 11, 2013, in Richmond County, within the Southern District of Georgia, the Defendant,

**ANTHONY TYRONE ROPER,**

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Department of Defense, an agency of the executive branch of the Government of the United States, in that he completed, certified, signed, and filed with the United States Army a Confidential Financial Disclosure Report, specifically an Office of Government Ethics Form 450, in which he falsely, fictitiously, and fraudulently stated and represented that that he had not received any income, including salary, fees, commissions, and other earned

income, and gifts from prohibited sources, including CDL and CREC Group, during the annual reporting period.

All done in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT SIX
### (False Statement – 18 U.S.C. § 1001)

22. Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

23. On or about January 16, 2014, in Richmond County, within the Southern District of Georgia, the Defendant,

**ANTHONY TYRONE ROPER,**

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Department of Defense, an agency of the executive branch of the Government of the United States, in that he completed, certified, signed, and filed with the United States Army a Confidential Financial Disclosure Report, specifically an Office of Government Ethics Form 450, in which he falsely, fictitiously, and fraudulently stated and represented that that he had not received any income, including salary, fees, commissions, and other earned income, and gifts from prohibited sources, including CDL and CREC Group, during the annual reporting period.

All done in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT SEVEN
### (False Statement — 18 U.S.C. § 1001)

24. Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

25. On or about January 27, 2015, in Richmond County, within the Southern District of Georgia, the Defendant,

**ANTHONY TYRONE ROPER,**

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Department of Defense, an agency of the executive branch of the Government of the United States, in that he completed, certified, signed, and filed with the United States Army a Confidential Financial Disclosure Report, specifically an Office of Government Ethics Form 450, in which he falsely, fictitiously, and fraudulently stated and represented that that he had not received any income, including salary, fees, commissions, and other earned income, and gifts from prohibited sources, including CDL and CREC Group, during the annual reporting period.

All done in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT EIGHT
### (False Statements — 18 U.S.C. § 1001)

26. Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

27. On or about December 15, 2015 in Richmond County, within the Southern District of Georgia, the Defendant,

**AUDRA ROPER,**

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, in that during an interview with federal law enforcement agents from the U.S. Army, Criminal Investigations Division, and the U.S. Department of Defense, Defense Criminal Investigative Service, as part of an investigation into the allegations contained in this Indictment, **Audra Roper** stated that:

    A. she had never heard of Quadar Group, when in truth and in fact, as Defendant **Audra Roper** well knew, she was the purported owner of Quadar Group; and,

    B. she was not aware that her husband, Defendant **Anthony Tyrone Roper**, received payments or money from CDL and CREC Group; when in truth and in fact, as Defendant **Audra Roper** well knew, Defendant **Anthony Tyrone Roper** had received multiple payments from CDL and CREC Group in the past.

All done in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT NINE
## (Obstruction of Justice – 18 U.S.C. § 1519)

28.   Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

29.   On or about December 16, 2015, through on or about May 24, 2016 in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendants,

**ANTHONY TYRONE ROPER,
AUDRA ROPER, and,
DWAYNE OSWALD FULTON,**

aided and abetted by CDL, knowingly falsified records, documents, and other tangible objects; that is, false and fraudulent OzTEK invoices falsely claiming services on behalf of CREC Group as a subcontractor to Quadar Group; with the intent to impede, obstruct, and influence the investigation of bribes, fraud and other alleged crimes, a matter the Defendants knew and contemplated was within the jurisdiction of U.S. Army, Criminal Investigations Division, the U.S. Department of Defense, Criminal Investigative Service, and the Department of Justice, all of which are departments and agencies of the United States.

All done in violation of Title 18, United States Code, Sections 1519 and 2.

## FORFEITURE ALLEGATION

1.   The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of

14

alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 371 and 201 set forth in Counts One through Four of this Indictment, the Defendants identified in the respective Counts shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

3. If any of the property described above, as a result of any act or omission of the Defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A True Bill

_____
Foreperson

Signature for Attorneys for the Government:

_____
James D. Durham
Acting United States Attorney
(Lead Counsel)

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
C. Troy Clark
Assistant United States Attorney
(Lead Counsel)